# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1808
_____

NICHOLAS KIDDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

December 3, 2025

PER CURIAM.

The Court dismisses the appeal for lack of jurisdiction. *See* Fla. R. App. P. 9.130(a)(4) ("Orders disposing of motions for rehearing or motions that suspend rendition are not reviewable separately from a review of the final order . . . ."); *Wilson v. State*, 944 So. 2d 1100, 1101 (Fla. 1st DCA 2006) (finding that appeal was untimely because unauthorized, successive motions for rehearing did not toll rendition of the underlying order).

ROBERTS, KELSEY, and LONG, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Nicholas Kidder, pro se, Appellant.

James Uthmeier, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.